

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00098-CV

| | | |
|---|---|---|
| Debra Pemberton | § | From the 43rd District Court |
| | § | of Parker County (CV10-1906) |
| v. | | |
| | § | January 9, 2014 |
| Robert Pemberton | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to change the provision on page nine of the final decree of divorce to read, "2. The net sales proceeds shall be divided equally between Petitioner and Respondent after payment of the attorneys' fees that were proved at trial." It is ordered that the judgment of the trial court is affirmed as modified.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Sue Walker